# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC67 | F5452455 | TERRAZAS | 2413 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 04/13/2025 16:36 | CFR 261.52(e) |

Place of Offense: EAST FORK RD/ ANF

Offense Description: Factual Basis for Charge  HAZMAT ☐
BEING IN THE BRIDGE FIRE CLOSURE

### DEFENDANT INFORMATION

Last Name: COC BULUM
First Name: HILARIO

APPEARANCE IS REQUIRED — A ☒ If Box A is checked, you must appear in court.

APPEARANCE IS OPTIONAL — B ☐

MA

PAY THIS AMOUNT AT → www.cvb.uscourts.gov

### YOUR COURT DATE
Court Address: Roybal Federal Building and U.S. Courthouse, 6th Floor Duty Courtroom, 255 East Temple St, Los Angeles, CA 90012

Date: 07/02/25
Time: 0900

X Defendant Signature: Hilario Coc

Original - CVB Copy
*F5452455*  FS-5300-4 (1/2021)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on APRIL 13, 2025 while exercising my duties as a law enforcement officer in the CENTRAL District of CALIFORNIA

SEE ATTACHED

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/13/2025
Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident